UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| BROUNCHE STEPHAN GREEN, | ) | No. CV 09-04968-AHM (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| PEOPLE OF THE STATE OF CALIFORNIA, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") without prejudice,

**IT IS ADJUDGED** that the Petition is dismissed without prejudice.

DATED: April 14, 2010

**JS-6**

A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE